IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JASON DUFFY WALLACE                                                                   PLAINTIFF

v.                         Civil No. 10-1009

GOOGLE; CS ENTERPRISES;
and FARMER'S BANK                                              DEFENDANTS

### ORDER

Jason Duffy Wallace submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. The matter of service will be determined at a later time.

Review of the complaint shows it does not contain the full name and address of each Defendant along with their registered agent for service of process. Further, the complaint does not contain an allegation of the basis on which federal jurisdiction exists. Plaintiff is directed to file an amended complaint by **February 18, 2010.**

Plaintiff is further advised that he has an obligation to keep the court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 28th day of January 2010.

                                                               /s/ Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               UNITED STATES MAGISTRATE JUDGE