IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 0 2 2010**

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

~~_____~~ Jason Wallace

~~_____~~

~~_____~~

vs.                    CASE NO. 10-1009

Google
C.S. Enterprises
Farmer's Bank

### REQUEST FOR APPOINTMENT OF COUNSEL

I have filed an employment discrimination complaint in this Court against the above-named defendant(s).

_____ I have not talked with an attorney about handling my case because _____

_____

_____

__✓__ I have talked with the following attorney(s) about this complaint

Bennett Law Firm - Eldorado
Wallace Law Firm - Little Rock

but (he, she, they) declined to represent me because:

Inability to pay

_____ I paid the fee for filing this Complaint.

__✓__ I am proceeding in forma pauperis, the Court having allowed me to file this Complaint without payment of the filing fee.

I request that the Court appoint an attorney to represent me in my Complaint against the above-named defendant(s).

*Jason Wallace*