IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JASON DUFFY WALLACE                                                    PLAINTIFF

VS.                            CASE NO. 10-CV-1009

GOOGLE, C.S. ENTERPRISES,
and FARMERS BANK                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on March 31, 2010, by the Honorable Barry A. Bryant, United States District Judge for the Western District of Arkansas. (Doc. No. 6). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that Plaintiff's Complaint fails to state a claim upon which relief may be granted. The Court also finds that Plaintiff's claims are frivolous. *See* 28 U.S.C. § 1915 (e)(2)(B)(i)-(iii). Accordingly, the case should be and hereby is dismissed with prejudice.

IT IS SO ORDERED, this 23rd day of April, 2010.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge